UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **MANETIRONY CLERVRAIN,**       )  | |
| )  | |
| Plaintiff       )  | |
| )  | |
| v.       )  | 1:20-cv-00404-lew |
| )  | |
| **MATTHEW DUNLAP**,       )  | |
| )  | |
| Defendant       )  | |

**ORDER AFFIRMING RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On November 2, 2020, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision After Review of Plaintiff's Complaint (ECF No. 3). On December 14, 2020, the Clerk docketed a pleading purportedly signed by Plaintiff on November 11, 2020. Although the pleading does not meet the deadline stated in the Recommended Decision, I have reviewed the pleading to determine whether Plaintiff set forth cause for service of his complaint on Matthew Dunlap. I can discern in the pleading no factual basis for Plaintiff to assert a claim against Mr. Dunlap or any other person subject to this Court's jurisdiction. Furthermore, I concur with the Magistrate Judge's conclusion that the original complaint fails to state a claim and fails to identify any relief that Plaintiff could receive from Mr. Dunlap or any other Maine-based official, state or federal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's Complaint is dismissed.

**SO ORDERED.**

Dated this 16th day of December, 2020.

                                                              /s/ Lance E. Walker
                                                              UNITED STATES DISTRICT JUDGE